# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00326 |
| Elizabeth Rose Williams | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 3/19/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) **Elizabeth Rose Williams**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions); and
40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 03/19/2021

2021.03.19 11:38:34 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 3/19/2021, and the person was arrested on (date) 3/23/2021
at (city and state) Kerrville, Texas.

Date: 3/23/2021

*Arresting officer's signature*

Gloria M. Gutierrez, Special Agent FBI
*Printed name and title*