# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 1:21-cr-00312-JEB |
| v. | § | |
| | § | |
| | § | |
| ELIZABETH ROSE WILLIAMS | § | |
| | | |
| Defendant. | | |

## NOTICE OF DEFENDANT'S ACCEPTANCE

Comes now, ROY R. BARRERA, JR., attorney duly licensed authorized to practice in this

Court as Counsel for Elizabeth Rose Williams and files Attachment "A", as Defendant's

Acceptance to Protective Order Governing Discovery.

Respectfully submitted,

*/s/ Roy R. Barrera, Jr.*
**ROY R. BARRERA, JR.**
Attorney for Elizabeth Rose Williams

**THE BARRERA FIRM**
424 East Nueva Street
San Antonio, Texas 78205
Telephone: (210) 224-5811
Telecopier: (210) 224-5890
RBARRERAJR@YMAIL.COM

## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

June 9, 2021
_____
Date

Elizabeth Rose Williams
_____
ELIZABETH ROSE WILLIAMS
Defendant

8