UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ( | Criminal No. 21-CR-00312-JEB |
| BRADLEY STUART BENNETT, ELIZABETH ROSE WILLIAMS, | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR CONTINUANCE

Elizabeth Rose Williams, through undersigned counsel, respectfully moves this Honorable Court to continue the August 17th hearing in this case until after September 17th. The Government does not oppose this motion. Undersigned Counsel has informed the government that additional time is needed to successfully conclude this matter. The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

Respectfully submitted,

/s/ Roy R. Barrera, Jr.
ROY R. BARRERA, JR.
Texas State Bar No. 01808100
Attorney for

**THE BARRERA FIRM**
424 East Nueva Street
San Antonio, Texas 78205
Telephone: (210) 224-5811
Telecopier: (210) 224-5890
RBARRERAJR@YMAIL.COM

1

## CERTIFICATE OF SERVICE

I, Roy R. Barrera, Jr., certify that on this _____ day of August, 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

*/s/ Roy R. Barrera, Jr.*
**ROY R. BARRERA, JR.**
Attorney for

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ( | Criminal No. 21-CR-00312-JEB |
| BRADLEY STUART BENNETT, ELIZABETH ROSE WILLIAMS, | ) | |
| | ) | |
| Defendants. | | |

## **ORDER**

Upon consideration of the Unopposed Motion to Continue, it is hereby

ORDERED that the Motion is GRANTED:

IT IS FURTHER ORDERED

_____.

SO ORDERED.

DATE: _____, 2021

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE