UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-00312-JEB |
| | : | |
| **ELIZABETH ROSE WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America and Defendant, Elizabeth Rose Williams, through counsel move this Court for a continuance of the sentencing hearing set for May 6, 2022. In support of its motion, the parties state as follows:

1. Ms. Williams was charged by Indictment with misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021. (ECF No. 15.) Specifically, she was charged with Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1), Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2), Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). (ECF No. 15.)

2. On February 2, 2022, Ms. Williams pled guilty to Count Six of the Indictment, which charged her with Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). (ECF No. 61, 62; Min. Order, Feb. 2, 2022.)

3. The sentencing hearing is currently scheduled for May 6, 2022. (Min. Order, Feb. 2, 2022.)

4. The parties have become aware of new information that could impact Ms. Williams' involvement in this case and affect her sentence. To adequately address this information

and be able to proceed appropriately, the parties request a continuance of the sentencing hearing. Additional time will allow the parties to have exploratory discussion and prepare accordingly.

5. In addition to the continuance request, the parties request that the Court set this matter for a status conference in sixty-days.

Accordingly, the parties respectfully request that this Court grant this motion to continue the sentencing hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Matthew Moeder*
Matthew Moeder
Assistant United States Attorney
MO Bar No. 64036
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-4103
Matthew.Moeder@usdoj.gov

/s/ *Roy R. Barrera, Jr.*
Roy Barrera, Jr.
Roy Barrera, Jr., P.C.
424 East Nueva Street
San Antonio, TX 78205
210-224-5811
rbarrerajr@ymail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 29, 2022 I caused a copy of the foregoing opposition to be served on defense counsel of record via email.

                                       */s/ Matthew Moeder*
                                       Matthew Moeder
                                       Assistant United States Attorney