UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-312 (JEB) |
| | : | |
| **ELIZABETH ROSE WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO SCHEDULE SENTENCING HEARING
FOR A DATE ON OR AFTER OCTOBER 23, 2023**

The United States of America and defendant, Elizabeth Rose Williams, through counsel move this Court for a continuance of the sentencing hearing until a date on or after October 23, 2023. In support of their motion, the parties state as follows:

1. Ms. Williams was charged by Indictment with misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021. (ECF No. 15.) Specifically, she was charged with Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1), Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2), Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). (ECF No. 15.)

2. On February 2, 2022, Ms. Williams pled guilty to Count Six of the Indictment, which charged her with Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). (ECF No. 61, 62; Min. Order, Feb. 2, 2022.)

3. The parties remain aware of information that could impact Ms. Williams' sentence. To adequately address this information and be able to proceed appropriately, the parties

request that the sentencing hearing be scheduled for a date on or after October 23, 2023. Additional time will allow the parties to have continue to prepare accordingly and recommend a proper sentence.

Accordingly, the parties respectfully request that this Court grant this motion to set Ms. Williams' sentencing hearing for a date on or after October 23, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_____  /s/ Roy R. Barrera, Jr._____
SEAN P. MURPHY                     ROY R. BARRERA, JR.
Assistant United States Attorney   Roy R. Barrera, Jr., P.C.
DC Bar No. 1187821                 424 East Nueva Street
On Detail from the District of Puerto Rico   San Antonio, TX 78205
Torre Chardon, Ste 1201            210-224-5811
350 Carlos Chardon Ave             rbarrerajr@ymail.com
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov

_____
NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
United States Attorney's Office
District of Columbia
(202) 557-1490
nialah.ferrer@usdoj.gov