UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-312 (JEB) |
| | : | |
| ELIZABETH ROSE WILLIAMS | : | |
| Defendant. | : | |

## STATUS REPORT

The United States submits this status report in response to the Court's order. The government respectfully requests a sentencing hearing in this matter. The government conferred with counsel for the defendant regarding possible dates for a sentencing hearing. The parties are available on January 16. The parties are also available on January 7-8 and January 13-15.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: _____
NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov